UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 04-60899-CIV-MARRA

MARTY STEINBERG,
as court-appointed Receiver for
LANCER MANAGEMENT GROUP LLC,
LANCER MANAGEMENT GROUP II LLC,,
LANCER OFFSHORE INC.,
OMNIFUND LTD., LSPV INC., LSPV LLC,
ALPHA OMEGA GROUP INC., and
G.H. ASSOCIATES LLC,

    Plaintiff,
vs.

ALPHA FIFTH  GROUP, et al.,

    Defendants.
_____/

**ORDER GRANTING RECEIVER'S MOTION FOR ENLARGEMENT
OF TIME TO SERVE SUMMONS AND COMPLAINT UPON ANDREW L. EVANS**

THIS CAUSE came before the Court on the Receiver, Marty Steinberg's Motion for Enlargement of Time to Serve Summons and Complaint upon Andrew L. Evans (the "Motion").  Having carefully reviewed the Motion and the entire court file, the Court finds good cause warrants granting the motion.  The Receiver has made at least 16 attempts to serve Evans in Canada yet has been unsuccessful.  The Court concludes, bases upon the information submitted by the Receiver, that Evans has made a concerted effort to evade service.  Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that

    1.    The Motion is **GRANTED** [DE 569] *nunc pro tunc*.

2. The Receiver shall serve the Summons and Complaint upon Andrew L. Evans on or before June 16, 2008.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of March, 2008.

                                               KENNETH A. MARRA
                                               United States District Judge

copies to:

All counsel of record