UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 04-60899-CIV-MARRA
Proceeding ancillary to
Case No.: 03-80612-CIV-MARRRA/VITUNAC

MARTY STEINBERG,
as court - appointed Receiver for
LANCER MANAGEMENT GROUP LLC,
LANCER MANAGEMENT GROUP II LLC,
LANCER OFFSHORE INC.,
OMNIFUND LTD., LSPV INC., LSPV LLC,
ALPHA OMEGA GROUP INC., and
G.H. ASSOCIATES LLC,

    Plaintiffs,

vs.

ALPHA FIFTH GROUP, et. al.,

    Defendants.
_____/

## ORDER ON MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Mary-Beth McCormack and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Mary-Beth McCormack in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED and ADJUDGED that:

*Marty Steinberg, et. al. v. Alpha Fifth Group, et. al.*
**Verified Motion for Admission to Appear Pro Hac Vice**
**Case No.: 04-60899-CIV-MARRA**

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED [DE 614]. Mary-Beth McCormack is granted to appear and participate in this action on behalf of defendant, Andrew Evans. The Clerk shall provide electronic notification of all electronic filings to Mary-Beth McCormack at **mbmccormack@mintz.com**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 4th day of June, 2008.

_____
United States District Judge

Copies furnished to:
All Counsel of Record

4336536v.1